IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| EVERETT JOHNSTON and VICKI JOHNSTON | § § § | |
| VS. | § § | CIVIL ACTION NO. G-10-131 |
| HEINEKEN BROUWERIJEN B.V., ET AL. | § | |

## ORDER OF DISMISSAL

Having been informed by counsel of record for Plaintiffs, Everett Johnston and Vicki Johnston, that the Parties have reached a settlement in this cause, it is **ORDERED** that the Stay imposed by this Court on August 27, 2010, is **LIFTED** and that this action is hereby, **DISMISSED** on the merits without prejudice to the right of either Party to move for reinstatement within **ninety (90)** days upon presentation of adequate proof that the settlement could not be perfected.

SIGNED and ENTERED this 7th day of June, 2011.

Kenneth M. Hoyt
United States District Judge